MILDRED KLEIMAN, an Infant, by HARRY KLEIMAN, Her Guardian ad Litem, Respondent, v. DAVID ALBERT and Another, Individually and as Copartners, etc., Appellants.— Judgment and order reversed and new trial ordered, with costs to the appellants to abide the event unless plaintiff stipulates to reduce the judgment as entered to the sum of $6,136.10; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.; Dowling, P. J., and McAvoy, J., dissent and vote for reversal on the ground that the finding of negligence on the part of the defendants is against the weight of the evidence. Settle order on notice.

ROBERT L. TITUS, Respondent, v. LOUIS IMERSHEIN, Appellant, and ALBERT ROBBINS, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

BANCA NAZIONALE DI CREDITO, as Liquidating Agent of BANCA ITALIANA DI SCONTO, Respondent, v. THE EQUITABLE TRUST COMPANY OF NEW YORK, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

GASTON & COMPANY, INC., v. ALL RUSSIAN ZEMSKY UNION.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SANKA COFFEE CORPORATION v. BROADWAY SUBWAY ADVERTISING CO., INC.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of A. ALBERT PAYMAN for Admission to the Bar. — Referred to the committee on character and fitness. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of HARRY GOLDMAN for an Order of Rehearing. — Referred to the committee on character and fitness. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of MAX JOSEPH for Admission to the Bar.— Referred to the committee on character and fitness. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

FRANK SILVER v. PARK-LEX HOLDING CORPORATION and Another, Impleaded, etc.— Preference granted for November 9, 1927. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

In the Matter of MARY AGNEW MEYN, Deceased.— Preference granted for November 29, 1927. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

In the Matter of ELIZABETH A. HOWARD-MARTIN, Deceased.— Preference granted for November 29, 1927. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

FRANK M. DUNBAUGH v. JAMES E. HAMS, as Executor, etc., and MATTHEW M. MARSHALL.— Preference granted for November 15, 1927. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.